UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JAMES A. NEIGER

CASE NO. 6:14-cr36-orl-18TBS
16 U.S.C. § 1538(a)(1)(B)
16 U.S.C. § 1540(e)(4)(B) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INFORMATION

The United States Attorney charges that:

### Introduction

At all times relevant to this Information:

1. James A. Neiger owned and operated Flight School Photography, Inc., a photography business incorporated in the state of Florida with its principal address located at 550 Basin Drive, Kissimmee, Florida 34744.

### Endangered Species Act

2. Congress enacted the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531, et seq., to protect and preserve threatened and endangered fish, wildlife and the ecosystems and habitats upon which they depend. See 16 U.S.C. § 1531(b).

3. The term fish or wildlife means any member of the animal kingdom, including without limitation any fish or fish part, product, egg, or offspring thereof, or the dead body or parts thereof. See 16 U.S.C. § 1532(8).

4. The term "endangered species" means any species which is in danger of extinction throughout all or a significant part of its range. See 16 U.S.C. § 1532(6).

1

5. The ESA prohibits the take of any endangered species of fish or wildlife within the United States. See 16 U.S.C. § 1538(a)(1)(B). The term "take" means to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct. See 16 U.S.C. § 1532(19).

## COUNT ONE
(Endangered Species Act)

6. On or about February 20 and April 2, 2011, in Osceola County, in the Middle District of Florida,

**JAMES A. NEIGER**

the defendant herein, did knowingly and unlawfully take an endangered species, that is, a Snail Kite (*rostrhamus sociabili plumbeuss*), by harassing and attempting to harass the Snail Kite with a pontoon boat baring registration number FL 7199 NH.

All in violation of Title 16, United States Code, Section 1538(a)(1)(B).

## FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 16, United States Code, Section 1540(e)(4)(B) and Title 28, United States Code, Section 2461(c).

2. The defendant, JAMES A. NEIGER, agrees to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, pursuant to 16 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. § 2461(c), whether in the possession or control of the United States, the defendant or defendant's nominees,

2

to wit: $8,000.00 in lieu of the pontoon boat and motor and $1,000.00 in lieu of the camera used to facilitate the offense charged in Count One. The defendant used the camera sought to take some of the photographs of the Snail Kite posted on his website in order to attract customers.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

| | |
|---|---|
| A. LEE BENTLEY, III<br>UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF FLORIDA<br><br>_____<br>David Haas<br>Assistant United States Attorney<br><br>_____<br>Carlos A. Perez-Irizarry<br>Assistant United States Attorney<br>Chief, Orlando Division | ROBERT G. DREHER<br>ACTING ASSISTANT ATTORNEY GENERAL<br>ENVIRONMENT & NATURAL<br>RESOURCES DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br><br>_____<br>Kenneth E. Nelson<br>Trial Attorney<br>Environmental Crimes Section |